**No. 10-7125. Jonathan McCarty, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 673, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9234.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 1020.

**No. 10-7126. Alberto Maciel-Alcala, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 673, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9357.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 612 F.3d 1092.

**No. 10-7127. Reinaldo Lopez, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 673, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9049.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 387 Fed. Appx. 908.

**No. 10-7130. Dante Ricardo Boyd, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 673, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9308.

November 29, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 998 A.2d 866.

**No. 10-7138. Dink Clark, Petitioner v. Juan Castillo, Warden.**

562 U.S. 1074, 131 S. Ct. 673, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9240.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7143. Curtis Carter, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 674, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9402.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7145. Johnathan Gaines, Petitioner v. Scott A. Middlebrooks, Warden.**

562 U.S. 1074, 131 S. Ct. 674, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9340.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 812.

**No. 10-7152. David E. Hill, Petitioner v. United States.**

562 U.S. 1074, 131 S. Ct. 674, 178 L. Ed. 2d 501, 2010 U.S. LEXIS 9110.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.